IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                           CHAPTER 13 NO.:

MIKE ABDEL MURFIK                                                           13-10120-JDW

## OBJECTION TO APPLICATION FOR APPROVAL OF FEE CONTRACT

COMES NOW Locke D. Barkley, chapter 13 Trustee, by and through counsel, and files this objection to *Application for Approval of Fee Contract* (Dkt. #25) and in support thereof states as follows:

1.     Based upon information that the Trustee has gleaned from the docket regarding the nature of this bankruptcy proceeding, the Trustee has no objection to the Debtors' counsel being compensated in a manner different from that provided in the *Amended Standing Order Regarding Attorney Fees in Chapter 13 Cases*, dated January 6, 2012, or the proposed hourly rate of $175.00 per hour.

2.     However, to the extent that the application and Representation Agreement seek to supplant the requirements of 11 U.S.C. §§ 330 and 331 or Fed. R. Bankr. P. 2016, the Trustee objects to the application.

3.     The Trustee requests that any order approving the fee contract require than all compensation for the Debtor's counsel be approved by the Court following proper application pursuant to 11 U.S.C. §§ 330 and 331 or Fed. R. Bankr. P. 2016

WHEREFORE, PREMISES CONSIDERED, Locke D. Barkley, chapter 13 Trustee, prays that upon notice and hearing that this Court enter its order sustaining the

trustee's motion and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: February 19, 2013

>Respectfully submitted,
>LOCKE D. BARKLEY, TRUSTEE
>
>BY: /s/ W. Jeffrey Collier
>W. JEFFREY COLLIER, ESQ.
>Attorney for Trustee
>6360 I-55 North, Suite 140
>Post Office Box 55829
>Jackson, Mississippi 39296
>(601) 355-6661
>ssmith@barkley13.com
>MSB No. 10645

## **CERTIFICATE**

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the following attorneys of record and/or parties of interest:

Office of the U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Paige McDowell Hooper, Esq.
helpmepaige@gmail.com

Mike Abdel Murfik
4908 Bowie Lane
Olive Branch, MS  38654
.
Dated: February 19, 2013

>/s/ W. Jeffrey Collier
>W. JEFFREY COLLIER