CM/ECF statrept
(Rev. 01/04/17)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re:  Mike Abdel Murfik | ) | Case No.: 13–10120–JDW |
| Debtor(s) | ) | Chapter: 7 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

# REQUEST FOR STATUS REPORT

Pursuant to monitoring performed by the staff of the Clerk of this Court, notice is hereby provided to the TRUSTEE:

The Clerk has not yet received either a copy of a Report of No Distribution or a copy of a Final Report and Accounting bearing a notation of the approval thereof by the U.S. Trustee.

Please provide a report as to the status of the above referenced case.

Dated: 4/25/18

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CHH
Deputy Clerk