IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**RULE 3011**

**List of Unclaimed Funds Claimants and Amounts**

IN RE:  Mike Abdel Murfik                    CHAPTER  7
        DEBTOR                          CASE NO.  13-10120-JDW

| <u>CLAIMANT</u> | <u>LAST KNOWN ADDRESS</u> | <u>AMOUNT</u> |
|---|---|---|
| Shelby County Trustee | PO Box 2751<br>Memphis, TN 38101-2751 | $ 5,628.00 |
| Shelby County Trustee | PO Box 2751<br>Memphis, TN 38101-2751 | $   319.99 |
| Shelby County Trustee | PO Box 2751<br>Memphis, TN 38101-2751 | $ 1,016.53 |
| Charleston Shipp | c/o Drayton Berkley, Esq. .<br>81 Monroe Avenue, Suite 400<br>Memphis, TN  38103-2416 | $ 32,152.59 |
| Robert Hardy, Jr., Esq. | 100 North Main, Suite 2001<br>Memphis, TN  38103 | $ 2,276.27 |

TOTAL                                                    $ 41,393.38

Dated:  March 20, 2019

Respectfully submitted,

_____
Jeffrey A. Levingston, Trustee
MSB #1219
Norquist & Levingston, PLLC
PO Box 1327
Cleveland, MS  38732
662/843-2791
jleving@bellsouth.net