

SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| In Re: | ) | |
| --- | --- | --- |
| **MIKE ABDEL MURFIK,** | ) | Case No.:    13-10120 |
| | ) | |
| Debtor. | ) | Chapter:    7 |
| | ) | |

## ORDER AUTHORIZING THE RELEASE OF UNCLAIMED FUNDS

This matter is before the Court on the Request for Unclaimed Funds filed by, or on behalf of, Ragaie Murfik (the "Claimant"). The Claimant having provided to the Clerk sufficient information as to the ownership of the unclaimed funds and proof of notice to the U.S. Attorney, the Court hereby authorizes the release of the unclaimed funds. Accordingly, it is hereby

**ORDERED** that the Clerk of this Court is authorized to release to Claimant unclaimed funds in the amount of $2,276.27.

##END OF ORDER##