**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: | ) | |
| **MIKE ABDEL MURFIK,** | ) | Case No.:  **1**3-10120 |
| | ) | |
| Debtor. | ) | Chapter:  7 |
| | ) | |

## ORDER GRANTING APPLICATION
## FOR PAYMENT OF UNCLAIMED FUNDS

On December 23, 2020, an Application for Payment of Unclaimed Funds (the "Application") (Dkt. #344) was filed for the Claimant(s), Charleston Shipp, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).  The Application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $32,152.59 held in unclaimed funds be made payable to Charleston Shipp and be disbursed to the payee at the following address: 235 Vaal Ave., Memphis, TN  38109.  The Clerk will disburse the funds not earlier than 14 days after entry of this order.

## END OF ORDER##